IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01703-WDM-PAC

GARY R. SCHAEFER,

    Plaintiff(s),

v.

BUREAU OF PRISONS, et al.,

    Defendant(s).

---

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

O. Edward Schlatter, United States Magistrate Judge

    This is a civil rights action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Plaintiff, a federal prisoner, is represented by counsel. An August 30, 2006 Order of Reference referred this action to former United States Magistrate Judge Patricia A. Coan to conduct pretrial proceedings. Upon Magistrate Judge Coan's retirement, I assumed her caseload pending the hiring of a new United States Magistrate Judge.

    Plaintiff filed his complaint against the Bureau of Prisons, the warden of the Federal Prison Camp in Florence, Colorado and various prison medical providers on August 28, 2006. Plaintiff has not filed returns of service for any of the named defendants to date.

    On January 16, 2007, I ordered the plaintiff to show cause why I should not recommend dismissal of this action for plaintiff's failure to prosecute. Plaintiff responded on January 29, 2007, stating that the parties were discussing settlement. On January 30, 2007, I discharged the Order to Show Cause and ordered plaintiff to file proof of service

of process for each defendant by March 16, 2007, or a stipulation of dismissal. Plaintiff has not filed any documents in this action since January 29, 2007. Accordingly, it is

**RECOMMENDED** that the Complaint be **DISMISSED WITHOUT PREJUDICE** under Fed.R.Civ.P. 4(m) for plaintiff's failure to serve any of the defendants.

**Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado. The district judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made. The district judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge. The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

**Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of de novo review of the recommendation by the district judge and may also waive the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated March 26, 2007.

BY THE COURT:

s/ O. Edward Schlatter
O. EDWARD SCHLATTER