IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01703-WDM-PAC

GARY R. SCHAEFER,

     Plaintiff,

v.

BUREAU OF PRISONS, et al.,

     Defendants.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

---

Miller, J.

     This matter is before me on the recommendation of Magistrate Judge O. Edward Schlatter (doc no 6) that Plaintiff's complaint be dismissed without prejudice because of Plaintiff's failure to file proof of service for each defendant by March 16, 2007, as ordered. Plaintiff has not filed an objection to the recommendation and is not entitled to *de novo* review.  28 U.S.C. § 636(b).

     I have reviewed the pertinent portions of the record, including Magistrate Judge Schlatter's order to show cause why the case should not be dismissed for failure to prosecute, Plaintiff's response to the order to show cause, and Magistrate Judge Schlatter's order requiring Plaintiff to effect service on all defendants by March 16, 2007. No proof of service has been filed.

     Accordingly, it is ordered:

1.     The recommendation of Magistrate Judge Schlatter (doc no 6) is accepted.

2.      Plaintiff's complaint is dismissed without prejudice.

DATED at Denver, Colorado, on April 30, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge